# Criminal Case Cover Sheet

**U.S. District Court**

## Place of Offense:

City: West Salem
County/Parish: La Crosse

**Related Case Information:**
Superseding _____ Docket Number 10-MJ-146-SLC
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Matter to be sealed: ☐ Yes   X No
Def. Name: Gary A. Spors
Alias Name: _____
City & State Only: West Salem, WI
Year of Birth: 1984                Last 4 digits of SSN: 9056
Sex: M                             Race: W

## U.S. Attorney Information:

AUSA: Stephen P. Sinnott          Bar #: _____
Interpreter: X No   ☐ Yes   List language and/or _____

## Location Status:

Arrest Date: _____
☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of: 1   ☐ Petty   X Misdemeanor   ☐ Felony
   ☐ Class A
   ☒ Class B
   ☐ Class C

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18 U.S.C. § 704(a) | Wearing of Unauthorized Military Medals | 1 |
| Set 2: | | |
| Set 3: | | |

(May be continued on reverse)

Date: Nov 10, 2010          Signature of AUSA: [signature]