IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION |
| v. | ) Case No. 10-MJ-146-SLC |
| GARY A. SPORS, | ) 18 U.S.C. §704(a) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

1. At all times material to this information:

    (a) Whoever knowingly wears service badges awarded to the members of the armed forces of the United States, except when authorized under regulations made pursuant to law, commits a federal offense under Title 18, United States Code, Section 704(a).

    (b) United States Army Regulation 600-8-22 11 December 2006, titled "Military Awards," provides Department of the Army policy, criteria, and administrative instruction concerning individual military decorations, including award badges and similar devices awarded in recognition of accomplishments or service. Under Chapter 8, Badges and Tabs, of this regulation, the Combat Infantryman badge and Parachutist badge are classified as award badges.

    (c) The defendant, GARY A. SPORS, has never served in the United States Army.

2. On or about September 25, 2010, while participating in the Maple Leaf Parade in LaCrosse, in the Western District of Wisconsin, the defendant,

GARY A. SPORS,

knowingly wore badges awarded to the members of the armed forces, without authorization under regulations made pursuant to law. Specifically, SPORS, while wearing an army uniform displaying a Major rank insignia, wore a Combat Infantryman Badge and a Parachutist Badge.

(In violation of title 18, United States Code, Section 704(a)).

_November 10, 2010_
Date

_[signature] for_
John W. Vaudreuil
United States Attorney

2